UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISHAUNE LATEX LEE,
    Plaintiff,

vs.                                           Case No.: 1:24cv234/MW/ZCB

EMORY GAINEY, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On January 31, 2025, the Court ordered Plaintiff to either pay the $405.00 filing fee or file a properly completed *in forma pauperis* (IFP) motion within thirty days. (Doc. 6). The Court directed the Clerk of Court to send Plaintiff the IFP forms and notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal. (*Id.*).[1]

---

[1] The Court sent the order to Plaintiff at his record address, the Alachua County Jail. On March 3, 2025, the jail returned the order to the Court with the notation "unable to forward." (*See* Doc. 7). The Clerk of Court located Plaintiff on the Florida Department of Corrections' inmate locator and forwarded the order and IFP forms to the address listed on that website. (*See id.*).

1

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed. Therefore, on March 17, 2025, the Court ordered Plaintiff to show cause, within fourteen days, why the case should not be dismissed for failure to comply with a court order. (Doc. 8). The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal. (*Id.*).[2] The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded. Dismissal is, therefore, warranted. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

---

[2] The Court sent the show cause order and a notice of change of address form to Plaintiff's record address at the jail and the address listed on the FDOC's inmate locator. (*See* Docs. 7, 9).

At Pensacola, Florida, this 22nd day of April 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to the proposed findings and recommendations set forth above must be filed within fourteen days of the date of this Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.