IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISHAUNE LATEZ LEE,

   *Plaintiff*,

v.                                        Case No.: 1:24cv234-MW/ZCB

EMORY GAINEY, et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with a Court Order." The Clerk shall close the file.

SO ORDERED on May 19, 2025.

                                                  s/Mark E. Walker          
                                                  **Chief United States District Judge**